# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 1st day of August, two thousand and three.

Before:  Hon. Ralph K. Winter,
         Hon. José A. Cabranes,
         *Circuit Judges*
         Hon. Carol B. Amon*,
         *District Judge*

Docket No. 02-7519, 02-7569

---

CLEAN AIR MARKETS GROUP,

        Plaintiff - Appellee,

v.

GEORGE E. PATAKI, in his official capacity as Governor of the State of New York, MAUREEN O. HELMER, in her capacity as Chairman of the New York State Public Service Commission, THOMAS J. DUNLEAVY, in his capacity as a Commissioner of the New York State Public Service Commission, JAMES D. BENNETT, in his capacity as a Commissioner of the New York State Public Service Commission, LEONARD A. WEISS, in his capacity as a Commissioner of the New York State Public Service Commission and NEAL N. GALVIN, in his capacity as a Commissioner of the New York State Public Service Commission,

        Defendants - Appellants.

---

Appeal from the United States District Court for the Northern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Northern District of New York and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED on the basis of preemption by the Clean Air Act in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, Clerk
by
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Laura Bass Penn
Motions Staff Attorney

---

* The Honorable Carol B. Amon, of the United States District Court for the Eastern District of New York, sitting by designation.

ISSUED AS MANDATE: 8/26/03